10/16/16

Plaintiff    TERRY Curtis

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 2 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

VS                    Civil Action
                      3:16cv861
                      TSL-
Defendant UMMC Eat    RHW

Complaint

Comes Now Plaintiff Terry Curtis PRO SE, and
for cause of action against the defendants UMMC,
Et. would state

VI

# Facts

## Brief Description of Cause

On or about Oct 16/17 I Terry Curtis was admitted to U.M.M.C Hospital I were transfered from the Emergency area to an area they call the Spa in which I was given a Nurse "Jane Doe" who brought me medication and I advise her that All the medicine was not there but she ~~with~~ Refused to go and get the Rest of the medicine. I'm on a "Cocktail" Regimen you can not ~~take~~ 1 pill without taking the Rest cause

then the medicine will ~~be~~ not work the virus will set up a resistant to the medicine instead of Her going to get the missing pill she wrote that I ~~Refused~~ to take my MEDICATION IN which She lied I am "Status (H.I.V.) postive I told them WHEN I WAS Admitted my Status and Medication it has to be ~~taken~~ daily CAN Not Should Not DE missed UNDER NO CIRCUMSTANCES She ~~Refused~~ to give me all my Medication and didn't which Constutes A Direct Denial of NNEDICAL Attention

Respectfully Submitted

I HAVE the medicine that she tried to make me take in which all medication was not there and this constitutes a Direct Denial of Medical Attention She also said I Refused to take it she lied I advised Her that I could not take one without the other I Have the medicine As Evidence

Respectfully Submitted

"Relief"                    Oct 19/16

"UMMC." ~~Respons~~ HAS OVERALL TRAINING AND SUPERVISION OF ALL NURSES AND doctor's that ARE EMPLOYED At the University Hospital therefore they ARE lieable for All Employees they ARE beiNg SUED iN their FUll Capacity $500.000.00

"NURSE" "JANE DOE" IS Employed BY U.M.MC. AND IS BEiNG SUED iN hER iNDiviuAl AND FUll CapaCity for deniAl Of Medical AttentioN For 500.000.00

Respectfully Submitted.
"JERRY Curtis"

Terry Curtis
3605 Southland Dr.
Jackson, MS 39212
# 601-500-1167