```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

TERRY CURTIS                                                    PLAINTIFF

VS.                                   CIVIL ACTION NO. 3:16CV861TSL-RHW

UMMC AND NURSE JANE DOE                                        DEFENDANTS

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on April 10, and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on April 10, 2017, be, and the same is hereby adopted as the finding of this court. It follows that plaintiff's complaint is dismissed for lack of subject matter jurisdiction and his motion to appoint counsel is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of May, 2017.

```
                              _/s/ Tom S. Lee_____
                              UNITED STATES DISTRICT JUDGE
```